1  PAUL L. REIN, Esq. (SBN 43053)
   JULIE A. OSTIL, Esq. (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Dr., Suite A
3  Oakland, CA 94612
   (510) 832-5001
4
   Attorney for Plaintiff:
5  ANDI MILLARD

6              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
7

8  ANDI MILLARD,                    CASE NO. C07-4795 BZ
                                    Civil Rights
9       Plaintiff,

10 v.                               **CONSENT TO PROCEED BEFORE A**
                                    **UNITED STATES MAGISTRATE JUDGE**
11
   CHEF KING RESTAURANT et al.,
12
        Defendants.
13 _____/

14      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

16 undersigned party hereby voluntarily consents to have a United States Magistrate Judge

17 conduct any and all further proceedings in the case, including trial, and order the entry of a

18 final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19 Appeals for the Ninth Circuit.

20

21 Dated:  September 20, 2007        PAUL L. REIN
                                     JULIE A. OSTIL
22                                   LAW OFFICES OF PAUL L. REIN

23

24                                   _____
                                     Attorneys for Plaintiff
25                                   ANDI MILLARD

26

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent to Proceed before a U.S. Magistrate:
Case No. C07-4795 BZ                                    — 1 —

s:\jo\cases\c\chef king\pleadings\n. dist consent to magistrate judge.doc