| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>*Telephone No:* 510-832-5001    *FAX No:* 510-832-4787<br>*Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

| *Plaintiff:* MILLARD | | | | |
|---|---|---|---|---|
| *Defendant:* CHEF KING RESTAURANT | | | | |
| **PROOF OF SERVICE**<br>**SUM-CIVI/CASE & COMP** | *Hearing Date:* | *Time:* | *Dep/Div:* | *Case Number:*<br>C0704795BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Orders, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. a. *Party served:* HENRY L. BRYANT
   b. *Person served:* ANNE BRYANT, CO-OCCUPANT

4. *Address where the party was served:* 514 S. HUMBOLDT STREET
   SAN MATEO, CA 94402

5. *I served the party:*
   b. by substituted service. On: Fri., Sep. 28, 2007 at: 7:24PM by leaving the copies with or in the presence of:
   ANNE BRYANT, CO-OCCUPANT
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
   a. MARK KUNKEL

   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   d. *The Fee for Service was:* $70.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) *Registration No.:* 1130
      (iii) *County:* Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Oct. 02, 2007

   *(signature)* (MARK KUNKEL)

   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUM-CIVI/CASE & COMP

   reinpr.8458

|  |  |
|---|---|
| *Attorney or Party without Attorney:*<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>*Telephone No:* 510-832-5001   *FAX No:* 510-832-4787 | *For Court Use Only* |

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* MILLARD
*Defendant:* CHEF KING RESTAURANT

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0704795BZ |
|---|---|---|---|---|

1. I, MARK KUNKEL, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant HENRY L. BRYANT as follows:

2. Documents: Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Orders, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 09/27/07 | 5:24pm | Home | THERE WAS NO ANSWER AT THIS TIME. Attempt made by: MARK KUNKEL. Attempt at: 514 S. HUMBOLDT STREET SAN MATEO CA 94402. |
| Thu | 09/27/07 | 10:16pm | Home | THERE WAS NO ANSWER AT THIS TIME. Attempt made by: MARK KUNKEL. Attempt at: 514 S. HUMBOLDT STREET SAN MATEO CA 94402. |
| Fri | 09/28/07 | 8:24am | Home | THERE WAS NO ANSWER AT THIS TIME. Attempt made by: MARK KUNKEL. Attempt at: 514 S. HUMBOLDT STREET SAN MATEO CA 94402. |
| Fri | 09/28/07 | 7:24pm | Home | Substituted Service on: HENRY L. BRYANT Home - 514 S. HUMBOLDT STREET SAN MATEO, CA. 94402 by Serving: ANNE BRYANT, CO-OCCUPANT Competent Member of the Household over 18. Served by: MARK KUNKEL |

3. Person Executing
   a. MARK KUNKEL
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. 925-947-1100, FAX 925-947-3480

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $70.00
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.: 1130
   (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*signature: /s/ Mark Kunkel*

Date: Tue, Oct. 02, 2007         AFFIDAVIT OF REASONABLE DILIGENCE         (MARK KUNKEL)         reinpr.8458

| Attorney or Party without Attorney: PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: MILLARD | |
| Defendant: CHEF KING RESTAURANT | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0704795BZ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Orders, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:          Tue., Oct. 02, 2007
    b. Place of Mailing:         Walnut Creek, CA 94595
    c. Addressed as follows:     HENRY L. BRYANT
                                 514 S. HUMBOLDT STREET
                                 SAN MATEO, CA 94402

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Oct. 02, 2007 in the ordinary course of business.

5. *Person Serving:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. KATHLEEN BEAM                          d. *The Fee* for Service was:   $70.00
    b. One Hour Delivery Service              e. I am: (3) registered California process server
       1280 Boulevard Way #205                       (i)   Employee
       Walnut Creek, CA 94595                        (ii)  Registration No.:   #641
    c. 925-947-1100; FAX 925-947-3480                (iii) County:             Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Oct. 02, 2007

                                                                      (KATHLEEN BEAM)

Judicial Council Form                   PROOF OF SERVICE                              reinpr.8458
Rule 982.9.(a)&(b) Rev January 1, 2007       By Mail