| Attorney or Party without Attorney:<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: MILLARD
Defendant: CHEF KING RESTAURANT

| PROOF OF SERVICE<br>SUM-CIV/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0704795BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III, Standing Orders, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. a. Party served:   ANNE BRYANT

4. Address where the party was served:   514 S. HUMBOLDT STREET
   SAN MATEO, CA 94402

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 28, 2007 (2) at: 7:24PM

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MARK KUNKEL
   d. The Fee for Service was: $70.00



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

e. I am: (3) registered California process server
  (i) Owner
  (ii) Registration No.: 1130
  (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Oct. 02, 2007

                                                *(signature)* (MARK KUNKEL)

Judicial Council Form         PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUM-CIV/CASE & COMP                reinpr.8459