MERRILL G. EMERICK, ESQ. (SBN 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone (650) 348-0102
Facsimile (650) 348-0962

Attorneys for Defendants
HENRY L. BRYANT and ANNE BRYANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>   Plaintiff,<br><br>vs.<br><br>CHEF KING RESTAURANT; MIAO ZHAO HONG dba CHEF KING RESTAURANT; HENRY L. BRYANT; ANNE BRYANT; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: C07-04795 BZ<br><br>DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO COMPLAINT |

Defendants, Henry L. Bryant and Anne Bryant, for themselves alone, pursuant to FRCP 8(b) answer Plaintiff, Andi Millard's complaint as follows:

1.  In response to paragraph 1, admit that the Chef King Restaurant is located at 2214 S. El Camino Real, San Mateo, California and that plaintiff's complaint seeks injunctive relief, monetary damages, attorney's fees, litigation expenses and costs, but deny all other allegations.

2.  In response to paragraph 2, admit that this court has original jurisdiction for claimed violation of the Americans with Disabilities Act of 1990 and may exercise pendant

- 1 -

jurisdiction of related state claims under California law, but deny all other allegations.

3. In response to paragraph 3, admit that venue for plaintiff's claim is properly in this court because the subject property is located in this district and plaintiff's claims allegedly arose in this district, but deny all other allegations.

4. In response to paragraph 4, deny that this case should be assigned to the San Jose intradistrict; and allege that any such assignment should be to the San Francisco intradistrict as the property is located in San Mateo County, California, and the alleged claims arose in San Mateo County, California.

5. As to paragraph 5, admit that Miao Zhao Hong doing business as Chef King Restaurant is the lessee of the property located at 2214 S. El Camino Real, San Mateo, California, that the property located at 2214 S. El Camino Real, San Mateo, California is owned by Henry L. Bryant and Anne Bryant, and that the lessee operates Chef King Restaurant, which to the understanding of these defendants is open to the public, but deny all other allegations.

6. As to paragraph 6, Doe defendants are not permitted in federal court pleadings. To the extent that such a procedure is permitted in this case, deny all of paragraph 6 based on lack of information and knowledge.

7. As to paragraph 7, admit that Miao Zhao Hong dba Chef King Restaurant is the lessee of the property located at 2214 S. El Camino Real, San Mateo, California, that Henry L. Bryant and Anne Bryant are the owners and lessors of the property located at 2214 S. El Camino Real, San Mateo, California, and that Henry L. Bryant and Anne Bryant as husband and wife and co-owners of the property located at 2214 S. El Camino Real, San Mateo, California were and are the agents for each other, but deny all other allegations.

DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO COMPLAINT

8. As to paragraph 8, admit that Miao Zhao Hong dba Chef King Restaurant leased the property located at 2214 S. El Camino Real, San Mateo, California and owned by Henry L. Bryant and Anne Bryant from them as a restaurant, which these defendants understand was open to the public, but deny all other allegations.

9. As to paragraph 9, as this paragraph re-pleads paragraphs 1 through 8 and incorporates them by reference, these answering defendants re-plead their admissions, qualifications and denials as set forth above in paragraphs 1 through 8 inclusive, but any and all other allegations are denied.

10. As to paragraph 10, these defendants lack information or knowledge and therefore deny the second sentence of paragraph 10. As to the first sentence of paragraph 10, this appears to be a legal argument and not a statement of fact, but to the extent that it is or purports to be a statement of fact, these defendants lack sufficient information or knowledge and therefore deny.

11. As to paragraph 11, all but the first sentence appear to be an attempt to recite what plaintiff considers to be applicable law and is not a pleading of any fact. To the extent there are pleadings of act, they are denied.

12. As to paragraph 12, these defendants were not the operators of the restaurant and lack knowledge or information and on that basis, deny all of paragraph 12.

13. As to paragraph 13, these defendants own the property at 2214 S. El Camino Real, San Mateo, California, but do not occupy it and therefore lack information or knowledge and as a consequence, deny all of paragraph 13.

14. As to paragraph 14, which is plead on information and belief, these defendants lack information or knowledge and therefore deny all of paragraph 14.

DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO COMPLAINT

15. As to paragraph 15, it appears to be a recitation of what plaintiff considers to be applicable law and a re-pleading of the Americans With Disabilities Act of 1990 and California Civil Code Section 54(c) and not any pleading of facts. To the extent paragraph 15 purports to plead any facts, these defendants deny all allegations of paragraph 15.

16. As to paragraph 16, this paragraph appears to allege what plaintiff considers to be applicable law and no pleading of facts. To the extent any facts are pleaded, the defendants lack information or knowledge and therefore deny all of paragraph 16.

17. As to paragraph 17, paragraph 17 is denied.

18. As to paragraph 18, paragraph 18 is denied.

19. As to paragraph 19, paragraph 19 is denied.

20. As to paragraph 20, paragraph 20 appears to be an attempt by plaintiff to state what plaintiff contends to be the applicable law and is not an allegation of any facts. To the extent any facts are alleged, these defendants deny paragraph 20.

21. As to paragraph 21, paragraph 21 is denied.

22. As to paragraph 22, paragraph 22 is denied.

23. As to paragraph 23, paragraph 23 is denied.

24. As to paragraph 24, these defendants reallege their denials and admissions as set forth in paragraphs 1 through 23 and deny all other allegations.

25. As to paragraph 25, paragraph 25 appears to be a quotation of Sections (b) and (f) of California Civil Code Section 51 and does not plead any facts. To the extent the allegations in paragraph 25 are pleadings of fact, they are denied.

26. As to paragraph 26, these defendants object to the re-pleading of the third cause of action as it is virtually impossible to admit or deny allegations made by reference. In

DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO COMPLAINT

addition, the paragraph appears to plead law and not facts. To the extent any facts are pleaded, paragraph 26 is denied.

27. As to paragraph 27, because paragraph 27 incorporates by reference other paragraphs, these defendants re-allege and re-plead their admissions and denials to those paragraphs as though set forth in full.

28. As to paragraph 28, this paragraph does not appear to allege any facts but purports to quote from portions of findings made by the United States Congress. Accordingly, paragraph 28 is denied as not pleading any facts.

29. As to paragraph 29, paragraph 29 does not plead any facts but purports to quote portions of the Americans With Disabilities Act. Accordingly, because no facts are pleaded, paragraph 29 is denied.

30. As to paragraph 30, defendants admit that the subject property is operated by its tenant as a restaurant. All other allegations are denied.

31. As to paragraph 31, paragraph 31 does not purport to allege any facts but purports to quote portions of statutes. Accordingly, because no facts are pleaded, paragraph 31 is denied.

32. As to paragraph 32, paragraph 32 appears to quote from statutory provisions or regulations and does not allege facts. Accordingly, paragraph 32 is denied.

33. As to paragraph 33, paragraph 33 appears to quote from statutory provisions and does not allege facts. Accordingly, paragraph 33 is denied.

34. As to paragraph 34, the defendants are the owners and lessors, but not the occupiers and lessees of the property. Accordingly, the first two sentences of paragraph 34 are denied based on lack of information or knowledge and the last sentence is denied.

DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO COMPLAINT

35. As to paragraph 35, the defendants are the owners and lessors of the property. As such, the allegations are denied based on lack of information or knowledge.

36. As to paragraph 36, as to that portion which alleges facts, paragraph 36 is denied. As to those portions of paragraph 36 which allege or purport to allege provisions of law, those are denied on the basis that they are not pleaded facts.

37. As to paragraph 37, the defendants lack information or knowledge as to whether or not the plaintiff is a qualified disabled person and therefore deny that portion of paragraph 37. All other allegations are denied.

38. As to paragraph 38, paragraph 38 is denied.

WHEREFORE, defendants pray as follows:

1. That plaintiff take nothing by reason of her complaint, and that judgment be rendered in favor of these answering defendants;

2. That these answering defendants be awarded their costs of suit incurred in defense of this action; and

3. For such other and further relief as the court deems proper.

DATED: October 18, 2007        ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

                               By: _____
                               MERRILL G. EMERICK ESQ.
                               Attorneys for Defendants
                               HENRY L. BRYANT and ANNE BRYANT

DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO COMPLAINT

**Case Name:** <u>**MILLARD v. CHEF KING RESTAURANT, et al.**</u>
**Court:**     United States District Court, Northern District of California
**Case No.:**  C07-04795 BZ

<u>**PROOF OF SERVICE**</u>

I, the undersigned, declare:

I am a Citizen of the United States of America and a resident of the County of San Mateo and am over the age of eighteen years and not a party to the within entitled action; my business address is 400 South El Camino Real, Suite 700, San Mateo, California 94402.

On **October 18, 2007**, I served the attached:

**DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO COMPLAINT**

on the interested parties in said action, by placing [ ] **the original**; [XX] **a true copy** thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at San Mateo, California addressed as follows:

| | |
|---|---|
| Paul L. Rein, Esq.<br>Julie Ostil, Esq.<br>Ann Winterman, Esq.<br>LAW OFFICES OF PAUL L. REIN<br>200 Lakeside Drive, Suite A<br>Oakland, California 94612 | Attorneys for Plaintiff<br>ANDI MILLARD<br>Telephone: (510) 832-5001<br>Facsimile: (510) 832-4787 |

[XX]  **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope, following ordinary business practices, for deposit with the United States Postal Service at my place of business as set forth above, addressed to the person(s) listed above. I am readily familiar with this business practice for collection and processing of correspondence for mailing within the United States Postal Service. In the ordinary course of business, such correspondence would be deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **October 18, 2007**, at San Mateo, California.

_____
Patrice Shea

DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO COMPLAINT