E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDI MILLARD,

    Plaintiff(s),

v.

CHEF KING RESTAURANT; et.al.

    Defendant(s).

No. C  07-04795

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 18, 2007

Signature _____
Merrill G. Emerick, Esq.
Counsel for  Defendants Henry Bryant and
(Plaintiff, Defendant, or indicate "pro se")
Anne Bryant