| | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>*Telephone No:* 510-832-5001  *FAX No:* 510-832-4787 | | | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | | | |
| *Plaintiff:* MILLARD | | | | |
| *Defendant:* CHEF KING RESTAURANT | | | | |
| **PROOF OF SERVICE**<br>**SUM-CIVI/CASE & COMP** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0704795BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Orders, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. a. *Party served:* MIAO ZHAO HONG
   b. *Person served:* CINTY DOE, (REFUSED LAST NAME), WAITRESS, ASIAN, Female, 28 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 125 Pounds

4. *Address where the party was served:* 2214 S EL CAMINO REAL
   SAN MATEO, CA 94403

5. *I served the party:*
   b. by substituted service. On: Thu., Oct. 18, 2007 at: 3:24PM by leaving the copies with or in the presence of:
   CINTY DOE, (REFUSED LAST NAME), WAITRESS, ASIAN, Female, 28 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 125 Pounds
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PAUL HAMMOND NORMAN
       ONE HOUR LEGAL
       1280 BOULEVARD WAY #205
       WALNUT CREEK, CA 94595
       (925) 947-3470
       FAX (925) 947-3480
       WWW.ONEHOUR.NET

   d. *The Fee for Service was:* $70.00
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 1135
       (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Oct. 22, 2007

                                                           (PAUL HAMMOND NORMAN)

Judicial Council Form                  PROOF OF SERVICE                            reinpr.8692
Rule 982.9.(a)&(b) Rev January 1, 2007     SUM-CIVI/CASE & COMP

| Attorney or Party without Attorney:<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: MILLARD | |
| Defendant: CHEF KING RESTAURANT | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0704795BZ |
|---|---|---|---|---|

1. I, PAUL HAMMOND NORMAN, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MIAO ZHAO HONG as follows:

2. Documents: Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III, Standing Orders, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 10/16/07 | 1:37pm | Business | THE SUBJECT WAS NOT IN AT THIS TIME. Attempt made by: PAUL HAMMOND NORMAN. Attempt at: 2214 S EL CAMINO REAL SAN MATEO CA 94403. |
| Wed | 10/17/07 | 3:54pm | Business | THE BUSINESS WAS CLOSED AT THIS TIME. Attempt made by: PAUL HAMMOND NORMAN. Attempt at: 2214 S EL CAMINO REAL SAN MATEO CA 94403. |
| Thu | 10/18/07 | 3:24pm | Business | Substituted Service on: MIAO ZHAO HONG Business - 2214 S EL CAMINO REAL SAN MATEO, CA. 94403 by Serving: CINTY DOE, (REFUSED LAST NAME), WAITRESS, ASIAN, Female, 28 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 125 Pounds a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: PAUL HAMMOND NORMAN |

3. Person Executing
   a. PAUL HAMMOND NORMAN
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. .925-947-1100, FAX 925-947-3480

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $70.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1135
      (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Oct. 22, 2007    AFFIDAVIT OF REASONABLE DILIGENCE (PAUL HAMMOND NORMAN)    reinpr.8692

TOTAL P.03

| Attorney or Party without Attorney: PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001   FAX No: 510-832-4787 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: MILLARD | | | | |
| Defendant: CHEF KING RESTAURANT | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0704795BZ |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Orders, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Fri., Oct. 19, 2007
   b. Place of Mailing:        Walnut Creek, CA 94595
   c. Addressed as follows:    MIAO ZHAO HONG
                               2214 S EL CAMINO REAL
                               SAN MATEO, CA 94403

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Oct. 19, 2007 in the ordinary course of business.

5. *Person Serving:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KATHLEEN BEAM                                  d. *The Fee for Service was:*   $70.00
   b. One Hour Delivery Service                      e. I am: (3) registered California process server
      1280 Boulevard Way #205                            (i)   Employee
      Walnut Creek, CA 94595                             (ii)  Registration No.:     #641
   c. 925-947-1100, FAX 925-947-3480                     (iii) County:               Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Oct. 22, 2007

Judicial Council Form                    PROOF OF SERVICE                    (KATHLEEN BEAM)
Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail                                          reinpr.8692