1  PAUL L. REIN, Esq., (SBN 43053)
   JULIE OSTIL, Esq. (SBN 215202)
2  ANN WINTERMAN, Esq. (SBN 222257)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone: 510/832-5001
   Facsimile:  510/832-4787
5
   Attorneys for Plaintiff
6  ANDI MILLARD

7

8              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9

10 ANDI MILLARD,                    CASE NO. C07-04795 BZ
                                    Civil Rights
11      Plaintiff,
                                    **CERTIFICATION OF INTERESTED
12 v.                               ENTITIES OR PERSONS**

13 CHEF KING RESTAURANT;
   MIAO ZHAO HONG, dba
14 CHEF KING RESTAURANT;
   HENRY L. BRYANT; ANNE
15 BRYANT; and DOES 1-10,
   Inclusive,
16
        Defendants.
17 _____/

18      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this

19 date, other than the named party, there is no such interest to report.

20

21 Dated: November 8, 2007          PAUL L. REIN
                                    JULIE A. OSTIL
22                                  ANN WINTERMAN
                                    LAW OFFICES OF PAUL L. REIN
23
                                    [signature]
24                                  _____
                                    Attorneys for Plaintiff
25                                  ANDI MILLARD

26

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C07-04795 BZ                -1-    S:\SLR\CHEF KING\PLEADINGS\Cert of Interested Entities.wpd