1 | CHARLES J. KATZ, ESQ. (SBN: 68459)
475 El Camino Real, Suite 300
2 | Millbrae, CA 94030
Telephone: (650) 692-4100
3 | Facsimile: (650) 692-2900

4 | Attorney for Defendant
MIAO ZHAO HONG

5

6 | UNITED STATES DISTRICT COURT

7 | NORTHERN DISTRICT OF CALIFORNIA

8

9 | ANDI MILLARD                                     Case No. C07-04795 BZ

10 |     Plaintiff,                                  **STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE ANSWER**

11 | vs.

12 | CHEF KING RESTAURANT; MIAO ZHAO HONG, dba CHEF KING RESTAURANT;
HENRY L. BRYANT; ANNE BRYANT;
13 | Does 1-10, Inclusive

14 |     Defendant
                                            /
15

16 | The parties herein, Plaintiff Andi Millard, through her attorney of record, Paul L. Rein, and Defendant Miao Zhao Hong, through his attorney of record Charles J. Katz, hereby stipulate that Defendant Miao Zhao Hong shall have until the close of the business day on November 20, 2007, to file a responsive pleading to Plaintiff's Complaint.

17

18

19

20

21 | Date: November 8, 2007                          **/S/**
                                                    CHARLES J. KATZ, Attorney for Defendant,
22                                                  HONG MIAO ZHAO

23

24 | Date: November 12, 2007                         **/S/**
                                                    PAUL L. REIN, Attorney for Plaintiff,
25                                                  ANDI MILLARD

26

27

28 | 1

STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE ANSWER