1  MERRILL G. EMERICK, ESQ. (SBN 117248)
   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
2  400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone (650) 348-0102
4  Facsimile (650) 348-0962

5  Attorneys for Defendants
6  HENRY L. BRYANT and ANNE BRYANT

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  ANDI MILLARD,                    )    Case No.: C07-04795 BZ
                                     )
12            Plaintiff,             )    CERTIFICATION OF INTERESTED
                                     )    ENTITIES OR PERSONS
13  vs.                              )
                                     )
14                                   )
    CHEF KING RESTAURANT; MIAO ZHAO  )
15  HONG dba CHEF KING RESTAURANT;   )
    HENRY L. BRYANT; ANNE BRYANT; and)
16  DOES 1-10, inclusive,            )
                                     )
17                                   )
              Defendants.            )
18                                   )

19
         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
20
    named parties, there is no such interest to report.
21

22  DATED: November __16 2007       ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

23
                              By:_____
24                                MERRILL G. EMERICK ESQ.
                                  Attorneys for Defendants
25                                HENRY L. BRYANT and ANNE BRYANT

26

27

28

                                    - 1 -