```
CHARLES J. KATZ, ESQ. (SBN68459)
475 El Camino Real, Suite 300
Millbrae, CA  94030
Telephone: (650) 692-4100
Facsimile:  (650) 692-2900

Attorney for Defendant
ZHAO HONG MIAO incorrectly sued as
MIAO ZHAO HONG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD ) | Case No.  C07-04795 BZ |
| Plaintiff, ) | **ANSWER TO UNVERIFIED COMPLAINT** |
| vs. ) | |
| CHEF KING RESTAURANT; et al. ) | |
| Defendants ) | |

COMES NOW Defendant Zhao Hong Miao, incorrectly sued under the name of Miao Zhao Hong and hereby answers Plaintiff's unverified Complaint as follows:

1. This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of  ¶ 1, 2, 3, 4, 5, 7, 10, 12, 18, 37 and 38 of Plaintiff's Unverified Complaint and therefore deny these allegations.

2. This answering Defendant denies each and every allegation of ¶ 13, 14, 17 and 21 of Plaintiff's Unverified Complaint.

**FIRST AFFIRMATIVE DEFENSE**

By way of an affirmative defense, this answering Defendant alleges that Plaintiff's Complaint fails to state a claim for relief against this answering Defendant.

WHEREFORE, this answering Defendant prays:

1

1  That Plaintiff take nothing by this suit, that this answering Defendant have his costs of suit
2  and attorney's fees.

3
4  Date: November 21, 2007                             /S/
                                                CHARLES J. KATZ, Attorney for Defendant
                                                ZHAO HONG MIAO

2

ANSWER TO UNVERIFIED COMPLAINT

PROOF OF SERVICE

I declare that:

I am a citizen of the United States and employed in San Mateo County, California; I am over the age of eighteen years and not a party to the within action. My business address is 475 El Camino Real, Suite 300, Millbrae, CA 94030. Today, I served:

**ANSWER TO UNVERIFIED COMPLAINT**

_X_ by causing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Millbrae, California, addressed as indicated below. (I am readily familiar with this business' practice of collecting and processing correspondence for mailing mail. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business).

__ by FACSIMILE as follows: I caused the said document to be transmitted by Facsimile machine to the addressee(s) at their fax numbers indicated below. The Facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the transmission.

__ by PERSONAL SERVICE as follows: I caused each such envelope to be delivered by hand to the addressee(s) identified below:

**Paul L. Rein, Esq.**
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Dated: November 21, 2007           _/S/_
                                    Eileen C. Sandoval