CHARLES J. KATZ, ESQ. (SBN68459)
475 El Camino Real, Suite 300
Millbrae, CA  94030
Telephone: (650) 692-4100
Facsimile:  (650) 692-2900

Attorney for Defendant/Cross-Claimant
ZHAO HONG MIAO incorrectly sued as
MIAO ZHAO HONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD )<br>)<br>  Plaintiff, )<br>)<br>  vs. )<br>)<br>CHEF KING RESTAURANT; et al. )<br>)<br>  Defendants )<br>_____ )<br>ZHAO HONG MIAO )<br>)<br>  Cross-Claimant, )<br>)<br>  vs. )<br>)<br>HENRY L. BRYANT and ANNE BRYANT )<br>)<br>  Cross-Defendants )<br>_____ ) | Case No.  C07-04795 BZ<br><br>**CROSS-CLAIM FOR EXPRESS INDEMNITY** |

1.  Cross-Claimant Zhao Hong Miao is a resident of San Mateo County and the owner and operator of a restaurant known as Chef King Restaurant located in the City of San Mateo, County of San Mateo, State of California.

2.  Cross-Defendants Henry L. Bryant and Ann Bryant are the owners of that certain real property, commonly known as 2214 South El Camino Real, in the City of San Mateo, State of California, and are the landlords of said property of which Cross-Claimant Zhao Hong Miao is the tenant.

3.  On or about January 3, 2004, Cross-Claimant and Cross-Defendants entered into a written

1

CROSS-CLAIM FOR EXPRESS INDEMNITY

1  Commercial Lease Agreement.  Said Commercial Lease Agreement provides, inter alia, that landlord is responsible for any retrofitting required by governmental authorities.

4.  On or about September 18, 2007, an action was filed by Andi Millard against Cross-Claimant and Cross-Defendants as Defendants alleging, inter alia, that the premises failed to comply with various provisions of the Americans with Disabilities Act (ADA) of 1990 and other state and local statutes and ordinances dealing with public accommodations.

5.  Cross-Claimant has given Cross-Defendants written notice of the action commenced by Plaintiff Andi Millard and requested defense of the action by Cross-Defendants and indicated that Cross-Defendants would be bound under the written commercial lease to indemnify Cross-Claimant for any loss or liability that Cross-Claimant might sustain as a result of the action.

6.  Cross-Claimant has performed all the conditions and obligations to be performed on his part under the Commercial Lease Agreement.

7.  By reason of the foregoing, Cross-Claimant is entitled to be indemnified by Cross-Defendants.

8.  Cross-Claimant has incurred, and continues to incur, necessary and reasonable attorney's fees and other legal costs in defending the action brought against him by Andi Millard as well as prosecuting this Cross-Claim against Cross-Defendants.  By the terms of the Commercial Lease between Cross-Claimant and Cross-Defendants, Cross-Claimant is entitled to recover these fees and costs from Cross-Defendants.  Cross-Claimant does not know the full amount thereof at this time and will move to amend this Complaint to state the amount when it becomes known to him.

WHEREFORE, Cross-Claimant prays judgment as follows:

1.  For indemnification in the event Cross-Claimant is found to be liable in the action brought against him by Andi Millard.

2.  For attorney's fees and costs incurred in defending and resolving the lawsuit.

3.   For such other and further relief as the court may deem proper.

Date: November 21, 2007                                    _____/S/_____
                                                           CHARLES J. KATZ,
                                                           Attorney for Defendant/Cross-Complainant
                                                           ZHAO HONG MIAO

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States and employed in San Mateo County, California; I am over the age of eighteen years and not a party to the within action. My business address is 475 El Camino Real, Suite 300, Millbrae, CA 94030. Today, I served:

**CROSS-CLAIM FOR EXPRESS INDEMNITY**

 X  by causing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Millbrae, California, addressed as indicated below. (I am readily familiar with this business' practice of collecting and processing correspondence for mailing mail. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business).

 __ by FACSIMILE as follows: I caused the said document to be transmitted by Facsimile machine to the addressee(s) at their fax numbers indicated below. The Facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the transmission.

 __ by PERSONAL SERVICE as follows: I caused each such envelope to be delivered by hand to the addressee(s) identified below:

**Paul L. Rein, Esq.**
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Dated: November 21, 2007                    /S/
                                     Eileen C. Sandoval

4

CROSS-CLAIM FOR EXPRESS INDEMNITY