CHARLES J. KATZ, ESQ. (SBN: 68459)
Attorney at Law
475 El Camino Real, Suite 300
Millbrae, California 94030
Telephone: (650) 692-4100
Facsimile: (650) 692-2900

Attorney for Defendant
ZHAO HONG MIAO incorrectly sued as
MIAO ZHAO HONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD, | Case No. C07-04795 BZ |
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| vs. | |
| CHEF KING RESTAURANT; MIAO ZHAO HONG dba CHEF KING RESTAURANT; HENRY L. BRYANT; ANNE BRYANT; and DOES 1-10, inclusive, | |
| Defendants. / | |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 28, 2007                CHARLES J. KATZ /s/
                                                  CHARLES J. KATZ, Attorney for
                                                  Defendant MIAO ZHAO HONG

Certification of Interested Entities or Persons        1