1  CHARLES J. KATZ, ESQ. (SBN: 68459)
   475 El Camino Real, Suite 300
2  Millbrae, California 94030
   Telephone: (650) 692-4100
3  Facsimile: (650) 692-2900

4  Attorney for Defendant
   ZHAO HONG MIAO incorrectly sued as
5  MIAO ZHAO HONG

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


ANDI MILLARD,                          Case No. C07-04795 BZ

       Plaintiff,                      **DEFENDANT'S INITIAL
                                       DISCLOSURE**
vs.                                    **[Federal Rule of Civil Procedure 26 and
                                       Local Rule 16-5]**
CHEF KING RESTAURANT; MIAO
ZHAO HONG dba CHEF KING
RESTAURANT; HENRY L. BRYANT;
ANNE BRYANT; and DOES 1-10,
inclusive,

       Defendants.
_____/

       Pursuant to Federal Rule of Civil Procedure §26 and Local Rule 16-5, Defendant Zhao Hong Miao makes the following initial disclosure of information and documents.  Defendant's disclosure is made to the best of Defendant's counsel's present knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, and the disclosure is complete and correct as of the time it is made.  Therefore, the below responses are all times subject to such additional or different information that discovery further investigation may disclose.

       A.      <u>Witnesses</u>: Defendant as of this date has ascertained that the following

Defendant's Initial Disclosure
                                       1

1 individuals are likely to have discoverable information relevant to disputed facts regarding
2 discrimination:

3    Lay Witnesses:

4    1.   Zhao Hong Miao

5    B.   Identify of Documents Under F.R. Civ. Proc. 23(a)(1)(B). Defendant is not
6 aware of any writings which may be relevant to disputed facts alleged in the Complaint, and
7 which tend to support the position that Defendant is reasonably likely to take in the case.

8    C.   Insurance Agreements: None to Defendant's knowledge.

9    D.   Damages Computation: Defendant contends that Plaintiff has not been damaged
10 in any manner whatsoever.

12                       Respectfully submitted.

14 Dated: November 30, 2007              CHARLES J. KATZ /s/
                                         CHARLES J. KATZ, Attorney for
15                                       Defendant MIAO ZHAO HONG

Defendant's Initial Disclosure

2