Millard v. Chef King Restaurant et al.                                      Case No. C07-04795 BZ

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States and employed in San Mateo County, California; I am over the age of eighteen years and not a party to the within action. My business address is 475 El Camino Real, Suite 300, Millbrae, CA 94030. Today, I served:

**DEFENDANT'S INITIAL DISCLOSURE**

__X__ by causing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Millbrae, California, addressed as indicated below. (I am readily familiar with this business' practice of collecting and processing correspondence for mailing mail. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business). BY MAIL (CCP Section 1013A, 2015.5)

__ by FACSIMILE as follows:    I caused the said document to be transmitted by Facsimile machine to the addressee(s) at their fax numbers indicated below. The Facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the transmission.

__ by PERSONAL SERVICE as follows:  I caused each such envelope to be delivered by hand to the addressee(s) identified below:

| | |
|---|---|
| Paul L. Rein, Esq. | David G. Finkelstein, Esq. |
| Law Offices of Paul L. Rein | Anderlini, Finkelstein, Emerick & Smoot |
| 200 Lakeside Drive, Suite A | 400 South El Camino Real, Suite 700 |
| Oakland, CA. 94612 | San Mateo, CA. 94402 |

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Dated: December 3, 2007                                      <u>Amelia Hokafonu /s/</u>
                                                            Amelia Hokafonu