MERRILL G. EMERICK, ESQ. (SBN 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone (650) 348-0102
Facsimile (650) 348-0962

Attorneys for Defendants and Cross-Defendants
HENRY L. BRYANT and ANNE BRYANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>            Plaintiff,<br><br>vs.<br><br>CHEF KING RESTAURANT; MIAO ZHAO HONG dba CHEF KING RESTAURANT; HENRY L. BRYANT; ANNE BRYANT; and DOES 1-10, inclusive,<br><br>            Defendants.<br><br>AND RELATED CROSS-CLAIM. | Case No.: C07-04795 BZ<br><br>CROSS-DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO CROSS-CLAIM FOR EXPRESS INDEMNITY |

Cross-defendants, Henry L. Bryant and Anne Bryant, answer the cross-complaint of Zhao Hong Miao, as follows:

1.     Admit paragraph 1.

2.     Admit paragraph 2.

3.     Deny paragraph 3.

4.     Admit paragraph 4.

5.     Admit cross-claimant sent a letter on November 16 in which he claimed to tender the defense of the action. Except as admitted, all other allegations are denied.

6. Deny paragraph 6.

7. Deny paragraph 7.

8. Admit the first sentence of paragraph 8 and that the November 1, 1996 lease with De Kun Ding and Hui Ling Ding which they renewed for 8 years and then assigned to cross-complainant contains an attorney's fees clause. The other allegations are denied.

WHEREFORE, cross-defendants pray as follows:

1. That the cross-complaint be dismissed and cross-claimant recover nothing thereby;

2. For cross-defendant's reasonable attorney's fees and costs of suit; and

3. For such other and further relief as may be just and proper.

DATED: December 10, 2007     ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

By: _____
MERRILL G. EMERICK ESQ.
Attorneys for Defendants
HENRY L. BRYANT and ANNE BRYANT

CROSS-DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO CROSS-CLAIM FOR EXPRESS INDEMNITY

Case Name: **MILLARD v. CHEF KING RESTAURANT, et al.**
Court: United States District Court, Northern District of California
Case No.: C07-04795 BZ

## PROOF OF SERVICE

I, the undersigned, declare:

I am a Citizen of the United States of America and a resident of the County of San Mateo and am over the age of eighteen years and not a party to the within entitled action; my business address is 400 South El Camino Real, Suite 700, San Mateo, California 94402.

On **December 10, 2007**, I served the attached:

**CROSS-DEFENDANTS HENRY L. BRYANT AND ANNE BRYANT'S ANSWER TO CROSS-CLAIM FOR EXPRESS INDEMNITY**

on the interested parties in said action, by placing [ ] **the original**; [XX] **a true copy** thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at San Mateo, California addressed as follows:

| | |
|---|---|
| Paul L. Rein, Esq.<br>Julie Ostil, Esq.<br>LAW OFFICES OF PAUL L. REIN<br>200 Lakeside Drive, Suite A<br>Oakland, California 94612 | Attorneys for Plaintiff Andi Millard<br>Telephone: (510) 832-5001<br>Facsimile: (510) 832-4787 |
| Charles J. Katz, Esq.<br>475 El Camino Real, Suite 300<br>Millbrae, California 94030 | Attorneys for Defendant/Cross-Complainant<br>Zhao Hong Miao incorrectly sued as<br>Miao Zhao Hong<br>Telephone: (650) 692-4100<br>Facsimile: (650) 692-2900 |

[XX] **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope, following ordinary business practices, for deposit with the United States Postal Service at my place of business as set forth above, addressed to the person(s) listed above. I am readily familiar with this business practice for collection and processing of correspondence for mailing within the United States Postal Service. In the ordinary course of business, such correspondence would be deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **December 10, 2007**, at San Mateo, California.

*/s/ Patrice Shea*
Patrice Shea