UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Andi Millard,

        Plaintiff(s).

  v.

Chef King Restaurant, et al.,

        Defendant(s).

                              /

No. C07-4795 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

      (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

      (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Dated: December 12, 2007

                                      Richard W. Wieking, Clerk
                                      United States District Court

                                      *Lashanda Scott*

                                      _____
                                      By: Lashanda Scott - Deputy Clerk to
                                      Magistrate Judge Bernard Zimmerman

reassign.DCT