UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


Andi Millard

                Plaintiff(s),

v.

Chef King Restaurant; Miao Zhao Hong dba
Chef King Restaurant; Henry L. Bryant;
Anne Bryant; and Does 1-10, Inclusive,

                Defendant(s).       /

CASE NO. C07-4795 PJH

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

Plaintiff reports that the joint site inspection occurred on December 13, 2007. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: February 5, 2008

                                                                                                                   Attorney for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."