PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
ANDI MILLARD

MERRILL G. EMERICK, Esq. (SBN 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, CA 94402
Tel: (650) 348-0102
Fax: (650) 348-0962

Attorney for Defendants:
HENRY L BRYANT and
ANNE BRYANT

CHARLES J. KATZ, ESQ. (SBN 68459)
475 El Camino Real, Suite 300
Millbrae, CA 94030
Tel: (650) 692-4100
Fax: (650) 692-2900

Attorney for Defendant:
ZHAO HONG MIAO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>    Plaintiff,<br><br>v.<br><br>CHEF KING RESTAURANT; ZHAO HONG MIAO, dba CHEF KING RESTAURANT; HENRY L. BRYANT; ANNE BRYANT; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C07-04795 BZ<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DEADLINE** |

**Stipulation and Proposed Order to Extend Mediation** - 1 -
**Completion Deadline: Case No. C07-04795 BZ**

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

s:\jo\cases\c\chef king\pleadings\stip to extend med date.doc

1  Plaintiff ANDI MILLARD and defendants ZHAO HONG MIAO dba CHEF
2  KING RESTAURANT, HENRY L. BRYANT, and ANNE BRYANT hereby jointly stipulate
3  and request through their attorneys of record that the Court continue the current mediation
4  deadline for 60 days to allow settlement discussions and mediation to occur through July 21,
5  2008.
6  Good cause exists for the extension:
7  1. The parties have diligently followed General Order 56: the parties held a
8  cooperative site inspection of the Chef King Restaurant, plaintiff has shared her access
9  consultant's report regarding injunctive relief, and the parties have engaged in settlement
10 discussions both with and without mediator Hadden Roth.
11 2. Although the parties have been proceeding in good faith and in a diligent manner,
12 it has not been possible yet to resolve all the injunctive relief issues because defendants' expert
13 has not yet inspected the restaurant. As a result defendants have not responded to plaintiff's
14 injunctive relief demand.
15 3. To avoid even the appearance of a conflict of interest between plaintiff and the
16 public interest, or her counsel, it is the policy of plaintiff's counsel not to discuss monetary
17 damages and attorney fees in settlement negotiations before injunctive relief is finalized among
18 the parties. This approach is also required by General Order 56.
19 4. Accordingly, as injunctive relief has not yet been finalized in this case, it would be
20 premature to hold a mediation before defendants' expert has inspected the premises and before
21 the parties have had time to discuss settlement after that inspection.
22 5. All the parties and the mediator, Hadden Roth, are in agreement that in order to
23 continue meaningful injunctive relief and settlement discussions the mediation deadline should be
24 extended.
25 6. The parties believe that this extension will make settlement much more likely; if
26 the parties were required to hold mediation now settlement would not be possible, and the
27 resulting increase in attorney fees and costs would make it less likely that the case would settle.
28 7. Therefore, the parties request that they be given through July 21, 2008, to continue

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Mediation** - 2 -
**Completion Deadline: Case No. C07-04795 BZ**

s:\jo\cases\c\chef king\pleadings\stip to extend med date.doc

1  negotiating toward settlement with the assistance of mediator Hadden Roth in an attempt to
2  resolve this case in its entirety.  If the parties are unable to settle the case by July 21, 2008, but all
3  parties and the mediator feel that further mediation sessions would be productive, the parties will
4  submit a further stipulation to extend the mediation deadline again.

8  Dated: April 30, 2008                    PAUL L. REIN
                                            JULIE A. OSTIL
9                                           ANN WINTERMAN
                                            LAW OFFICES OF PAUL L. REIN

11                                          /s/ Julie Ostil_____
                                            Attorneys for Plaintiff
12                                          ANDI MILLARD

13  Dated: April 29, 2008                   MERRILL G. EMERICK, Esq.
14                                          ANDERLINI, FINKELSTEIN,
                                            EMERICK & SMOOT

16                                          /s/___Merrill Emerick_____
                                            Attorneys for Defendants
17                                          HENRY L BRYANT and ANNE BRYANT

18  Dated: April 28, 2008                   CHARLES J. KATZ, ESQ.

20                                          /s/_____Charles Katz_____
                                            Attorneys for Defendant
21                                          ZHAO HONG MIAO

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Mediation**
**Completion Deadline: Case No. C07-04795 BZ**                                      - 3 -

s:\jo\cases\c\chef king\pleadings\stip to extend med date.doc

# ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the parties may have through July 21, 2008 in order to conduct mediation in this case. If the parties have not settled the case by that time, but both parties and the mediator feel that further mediation sessions may be productive, the parties will submit a further stipulation to extend the mediation deadline.

Dated: _____

_____
HON. PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Mediation Completion Deadline: Case No. C07-04795 BZ** — 2 —

s:\jo\cases\c\chef king\pleadings\stip to extend med date.doc