MERRILL G. EMERICK, ESQ (State Bar No. 117248)
**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
400 So. El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Defendant
ANNE BRYANT AND HENRY L. BRYANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>Plaintiff,<br>vs.<br><br>CHEF KING RESTAURANT; MIOA ZHAO HONG, dba CHEF KING RESTAURANT; HENRY L. BRYANT; ANNE BRYANT; and DOES 1-10 inclusive,<br><br>Defendant. | Case No.: C07-04795 BZ<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO BE EXCUSED PURSUANT TO ADR LOCAL RULE 6-9(d) |

Defendants Henry L. Bryant and Anne Bryant having proved to the satisfaction of the court the matters stated in their letters requesting their excuse from the mediation on June 26, 2008,

IT IS ORDERED, ADJUDGED and DECREED that Defendants Anne Bryant and Henry L. Bryant are excused from participation in person in the mediation to be held on June 26, 2008 and will be available to participate by telephone. Mr. and Mrs. Bryant will send in their place their two adult sons with power of attorney and full authority to settle the matters in this case.

DATED: June 18, 2008

_____
Hon. Wayne D. Brazil

Order