PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
ANDI MILLARD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDI MILLARD,

      Plaintiff,

v.

CHEF KING RESTAURANT; ZHAO
HONG MIAO, dba CHEF KING
RESTAURANT; HENRY L. BRYANT;
ANNE BRYANT; and DOES 1-10,
Inclusive,

      Defendants.

_____/

CASE NO. C07-04795 BZ
Civil Rights

[PROPOSED] ORDER TO EXCUSE
PLAINTIFF'S IN-PERSON ATTENDANCE
AT MEDIATION

**ORDER**

The court finds that Plaintiff ANDI MILLARD is currently undergoing extensive medical treatment for a life-threatening illness, constituting an extraordinary hardship preventing her from attending in person the scheduled mediation in this case. In the interest of settling this case in an efficient manner, the Plaintiff is hereby excused from personally attending the mediation set for June 26, 2008. Plaintiff is ordered to be available during the mediation by phone, as required by ADR Local Rule 6-9 (e).

Dated: 6-18-08

_____
HON. WAYNE D. BRAZIL
U.S. DISTRICT COURT MAGISTRATE JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Proposed Order to Excuse Plaintiff From
Mediation: Case No. C07-04795 BZ

- 1 -