```
                                                    FILED
                                                  JUL 1 5 2008
                                               RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Millard,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Chef King Restaurant,<br><br>　　　　Defendant(s). | No. C 07-04795 PJH MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _7/26 and 7/14, 2008_

2. Did the case settle?  ☑ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: _7/14/2008_                           _/s/ Hadden Roth_
                                             **Mediator, Hadden Roth**
                                             Law Offices of Hadden Roth
                                             P.O. Box 151567
                                             San Rafael, CA 94915

**Certification of ADR Session**
07-04795 PJH MED